# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RIOS AND JOSEPH HADER,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC<br><br>Defendant. | Case No. 2:24-cv-02913-TLN-CKD<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Carolyn K. Delaney<br><br>**ORDER GRANTING FIRST STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER [DKT. NO. 5]**<br><br>Complaint filed: September 17, 2024<br>Removed: October 21, 2024 |

## ORDER

The Court, having considered the First Joint Stipulation to Modify Initial Pretrial Scheduling Order [Dkt. No. 5] ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:

| Event | Vacated Dates |
|---|---|
| Completion of Fact Discovery | October 2, 2025 |
| Deadline for Initial Expert Reports | December 1, 2025 |

1

| | |
|---|---|
| Deadline for Supplemental List of Expert Witness | December 31, 2025 |
| Exchange Supplemental Disclosures and Responses (including Expert Supplemental Materials | March 1, 2026 |
| Deadline to File Dispositive Motions | March 31, 2026 |
| Deadline to File a Joint Notice of Trial Readiness | April 30, 2026 if no dispositive motions were file, or thirty (30) days after receiving the Court's ruling(s) on dispositive motion(s) |

2. The deadlines/dates are continued as follows:

| Event | Continued Dates |
|---|---|
| Completion of Fact Discovery | January 2, 2026 |
| Deadline for Initial Expert Reports | March 2, 2026 |
| Deadline for Supplemental List of Expert Witness | March 31, 2026 |
| Exchange Supplemental Disclosures and Responses (including Expert Supplemental Materials | June 1, 2026 |
| Deadline to File Dispositive Motions | June 30, 2026 |
| Deadline to File a Joint Notice of Trial Readiness | July 30, 2026, if no dispositive motions were file, or thirty (30) days after receiving the Court's ruling(s) on dispositive motion(s) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 26, 2025

_____
Troy L. Nunley
Chief United States District Judge