UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RIOS AND JOSEPH HADER,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FCA US, LLC<br><br>  Defendant. | Case No. 2:24-cv-02913-TLN-CKD<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Carolyn K. Delaney<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Complaint filed: September 17, 2024<br>Removed: October 21, 2024 |

The Court, having considered the Second Joint Stipulation to Modify Initial Pretrial Scheduling Order ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:

1

2.

| Event | Vacated Dates |
|---|---|
| Completion of Fact Discovery | January 2, 2025 |
| Deadline for Initial Expert Reports | March 2, 2026 |
| Deadline for Supplemental List of Expert Witness | March 31, 2026 |
| Exchange Supplemental Disclosures and Responses (including Expert Supplemental Materials) | June 1, 2026 |
| Deadline to File Dispositive Motions | June 30, 2026 |
| Deadline to File a Joint Notice of Trial Readiness | July 30, 2026 if no dispositive motions were file, or thirty (30) days after receiving the Court's ruling(s) on dispositive motion(s) |

3. The deadlines/dates are continued as follows:

| Event | Continued Dates |
|---|---|
| Completion of Fact Discovery | March 2, 2026 |
| Deadline for Initial Expert Reports | May 4, 2026 |
| Deadline for Supplemental List of Expert Witness | June 1, 2026 |
| Exchange Supplemental Disclosures and Responses (including Expert Supplemental Materials) | August 3, 2026 |
| Deadline to File Dispositive Motions | August 31, 2026 |
| Deadline to File a Joint Notice of Trial Readiness | September 30, 2026 if no dispositive motions were file, or thirty (30) days after receiving the Court's ruling(s) on dispositive motion(s) , |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 29, 2025

_____
Troy L. Nunley
Chief United States District Judge

2